# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| RODOLPHO VELA, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. **Case No. 4:23-cv-3376** |
| | ) |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Harris County
                 1001 Preston St.
                 Suite #500, Houston, TX 77002

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 Rebecca Webber
                 4228 Threadgill Street
                 Austin, Texas 78723

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 13, 2023

           *s/ R. Becknal*
           *Signature of Clerk or Deputy Clerk*

Civil Action No. **Case No. 4:23-cv-3376**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ' I returned the summons unexecuted because _____ ; or

     ' Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| RODOLPHO VELA, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **Case No. 4:23-cv-3376** |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chance Talbott
Harris County Sheriff's Office
1200 Baker St.
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Webber
4228 Threadgill Street
Austin, Texas 78723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 13, 2023



*s/ R. Becknal*
*Signature of Clerk or Deputy Clerk*

Civil Action No.  Case No. 4:23-cv-3376

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print          Save As...          Reset

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| RODOLPHO VELA, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  Case No. 4:23-cv-3376 |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louis Medina
Harris County Sheriff's Office
1200 Baker St.
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Webber
4228 Threadgill Street
Austin, Texas 78723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 13, 2023

*s/ R. Becknal*
*Signature of Clerk or Deputy Clerk*

Civil Action No.  Case No. 4:23-cv-3376

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:


Print        Save As...        Reset

# UNITED STATES DISTRICT COURT

### for the

|  |  |  |
|---|---|---|
| RODOLPHO VELA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  **Case No. 4:23-cv-3376** |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) | |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) | |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) | |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony Lewis
Harris County Sheriff's Office
1200 Baker St.
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Webber
4228 Threadgill Street
Austin, Texas 78723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 13, 2023

*s/ R. Becknal*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  Case No. 4:23-cv-3376

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⊔  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⊔  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⊔  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⊔  I returned the summons unexecuted because _____ ; or

⊔  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| RODOLPHO VELA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  Case No. 4:23-cv-3376 |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) | |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) | |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) | |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leland Fairchild
Harris County Sheriff's Office
1200 Baker St.
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Webber
4228 Threadgill Street
Austin, Texas 78723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

<sup>D</sup>Date: September 13, 2023



_s/ R. Becknal_
*Signature of Clerk or Deputy Clerk*

Civil Action No. Case No. 4:23-cv-3376

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

                            _____
                                              *Server's signature*

                            _____
                                        *Printed name and title*

                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| RODOLPHO VELA, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  **Case No. 4:23-cv-3376** |
| HARRIS COUNTY, DEPUTY ANTHONY LEWIS, | ) |
| DEPUTY CHANCE TALBOTT, SERGEANT LOUIS | ) |
| MEDINA, SERGEANT LELAND FAIRCHILD, and | ) |
| LIEUTENANT CHRISTOPHER ADOLPH, | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher Adolph
Harris County Sheriff's Office
1200 Baker St.
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Webber
4228 Threadgill Street
Austin, Texas 78723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 13, 2023

*s/ R. Becknal*
*Signature of Clerk or Deputy Clerk*

Civil Action No.  Case No. 4:23-cv-3376

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐  I returned the summons unexecuted because _____ ; or

    ❐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print     Save As...     Reset