IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RODOLFO VELA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| DEPUTY ANTHONY LEWIS, § | |
| DEPUTY CHANCE TALBOTT, § | CIVIL ACTION NO. 4:23-cv-3376 |
| SERGEANT LOUIS MEDINA, § | |
| SERGEANT LELAND FAIRCHILD, § | |
| AND LIEUTENANT § | |
| CHRISTOPHER ADOLPH, § | |
| § | |
| Defendants. § | |

## JOINT REQUEST FOR UPDATED SCHEDULING ORDER

Plaintiff Rodolfo Vela ("Plaintiff") and Defendants Deputy Anthony Lewis, Deputy Chance Talbott, Sergeant Louis Medina, Sergeant Leland Fairchild, and Lieutenant Christopher Adolph (collectively, "Defendants") (together, the "Parties"), move the Court for an Order setting an updated pretrial schedule as a result of the recent resetting of this case's trial date, and would show the Court as follows:

1. This lawsuit arises from the arrest of Plaintiff on September 9, 2021. Trial was previously set to commence on December 1, 2025.

2. On November 21, 2025, the parties and the Court agreed to reset the trial date to January 20, 2026, due to a matter on the Court's criminal docket.

3. On November 26, 2025, the Court issued a Minute Order instructing the Parties to propose a new schedule for pretrial matters.

4. The Court's Procedures set January 13, 2026 as the due date for the Joint Pretrial Order. *See* Rule 10.A.

5. The Court's Procedures also set various deadlines that are three business days before trial. *See* Rule 12.C, 16.C. With trial beginning on January 20, and the Court being closed on January 19 for Martin Luther King Jr. Day, the third business day before trial is January 14.

6. As such, the pre-trial deadlines for this matter appear to currently be:

| | |
|---|---|
| Joint Pretrial Order | January 13 (Rule 10.A) |
| Objections to Exhibit Lists | January 14 (Rule 12.C) |
| Objections to Witness Lists | None scheduled |
| Objections to Deposition Designations (if any) | January 14 (Rule 16.C) |
| Motions in Limine | January 13 (Rule 10.B(3)) |
| Responses to Motions in Limine | None scheduled |
| Notice re: Authentication of Exhibits | January 21 (Rule 12.B) |
| Pretrial Conference | None scheduled (previously set for 11/24/2025) |

7. As a result of the Martin Luther King, Jr. holiday and related Court closures, the above calendar would have notices regarding authentication of exhibits due two days after trial is set to begin and all objections due the day after the Joint Pretrial Order is filed.

8. Further, the pretrial conference was previously set for November 24, 2025 but was vacated due to the new trial date. The Parties respectfully request that the Court set a new date for the pretrial conference.

9. To that end, the Parties suggest the following schedule:

| | |
|---|---|
| Joint Pretrial Order | January 9 |
| Objections to Exhibit Lists | January 13 |
| Objections to Witness Lists | January 13 |
| Objections to Depo Designations (if any) | January 13 |
| Motions in Limine | January 9 |
| Responses to Motions in Limine | January 13 |
| Notice re: Authentication of Exhibits | January 13 |
| Pretrial Conference | January 14 or 15 |

10. The Parties believe that the above schedule is workable, will allow the Parties to proceed expeditiously to trial, and will ensure that this Court's time is respected and used efficiently.

11. For the reasons above, the Parties respectfully pray that the Court enter an Order setting the pretrial deadlines set forth herein, given the recent resetting of this case's trial date and Court closures surrounding the Martin Luther King, Jr. holiday.

Date: December 3, 2025

Respectfully submitted,

**GIBBS & BRUNS LLP**

By: *s/ Caitlin A. Halpern*
Caitlin A. Halpern
Texas Bar No. 24116474
SDTX Bar No. 3454643
chalpern@gibbsbruns.com
Peter J. McDonald
Texas Bar No. 24116738
SDTX Bar No. 3687674
pmcdonald@gibbsbruns.com
Elisa J. Wulfsberg
Texas Bar No. 24125469
SDTX Bar No. 3916594
ewulfsberg@gibbsbruns.com
Kevin K. Hoang
Texas Bar No. 24149659
SDTX Bar No. 3945259
khoang@gibbsbruns.com
1100 Louisiana, Ste. 5300
Houston, Texas 77002
Tel.: (713) 650-8805

**ATTORNEYS FOR PLAINTIFF**

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By: */s/ James C. Butt*
**JAMES C. BUTT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov

Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANTS**

5

## **CERTIFICATE OF CONFERENCE**

I certify that on December 3, 2025, I conferred with Defendants' counsel as to the relief requested herein and the parties are in agreement.

*/s/ Elisa Wulfsberg*
Elisa Wulfsberg

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of this instrument was duly served upon each party to this cause by way of the CM/ECF system on December 3, 2025, which will automatically serve a Notice of Electronic Filing on all parties.

*/s/ Elisa Wulfsberg*
Elisa Wulfsberg