United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **RODOLPHO VELA,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-3376** |
| § | |
| **ANTHONY LEWIS, et al.,** § | |
| § | |
| *Defendant*. § | |
| § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within ninety (90) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** ninety (90) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of January, 2026.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE